UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-336 CAS (PLAx) | Date | February 10, 2012 |
|---|---|---|---|
| Title | *MANLEY TOYS, LTD. v. LIBERTY SURPLUS INSURANCE CORPORATION, ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine M. Jeang | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:**   **(In Chambers:) ORDER TO SHOW CAUSE RE: WHY ACTION SHOULD NOT BE REMANDED FOR UNTIMELY REMOVAL**

On December 12, 2011, plaintiff Manley Toys, Ltd., filed the instant civil action against defendant Liberty Surplus Insurance Corporation and Does 1-10 in the Los Angeles County Superior Court. On January 13, 2012, defendant filed a notice of removal. Defendant does not state when it was served with the complaint. Pursuant to 28 U.S.C. §1446(b), a notice of removal in a civil action must be filed within thirty days after the defendant receives a copy of the complaint or summons. The summons is dated December 12, 2011, and defendant does not state when it received service. Therefore, defendant's removal appears untimely.

Defendant is hereby ORDERED to SHOW CAUSE within **twenty (20) days** why the instant action should not be remanded for untimely removal.

IT IS SO ORDERED.

:
Initials of Preparer   SMOM